Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.

CONSTRUCTION & DESIGN, INC.

v.

KORESKO & ASSOCIATES, P.C. and Jocelyn Properties, Inc. and First State Properties No. 16, LLC.

Petition of Koresko & Associates, P.C., Jocelyn Properties, Inc. and BNB Properties Construction & Design, Inc.

v.

BNB Properties, LLC and Jocelyn Properties, Inc.

Petition of Koresko & Associates, P.C., Jocelyn Properties, Inc. and BNB Properties.

Supreme Court of Pennsylvania.

Dec. 13, 2012.

*ORDER*

PER CURIAM.

**AND NOW,** this 13th day of December, 2012, the Petition for Allowance of Appeal is **GRANTED.** The order of the Superior Court is **VACATED,** and this matter is **REMANDED** for reconsideration in light of *Newman Development Group of Potts-* *town, LLC v. Genuardi's Family Markets, Inc.,* 52 A.3d 1233 (Pa.2012).